✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

MCGRRAW, LANDON M

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00217-AGH

Case No.    GM1    E2535728

USM No.

_____
Defendant's Attorney

**THE DEFENDANT:** MCGRRAW, LANDON M

☑ **THE DEFENDANT** pleaded guilty to count(s)    1    _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-181 | Speeding 52/25 reduced to 38/25 | 03/17/2026 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

$150.00 to be paid by July 1, 2026
$150.00 to be paid by August 1, 2026
$190.00 to be paid by August 20, 2026.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $490.00 | $ 10.00 | $ 450.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:    7108

Defendant's Year of Birth: 2003

City and State of Defendant's Residence:
ALBURNETT, IA

06/24/2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/24/2026
_____
Date